UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUIS BARTOLOTTI,<br><br>                     Plaintiff,<br><br>-against-<br><br>SIMPSON IMPORTS, LTD.,<br><br>                     Defendant. | 23-cv-3900 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

     By **August 25, 2023**, at 5:00 p.m., the parties shall submit supplemental letter briefs, not to exceed five (5) pages, addressing (1) the Court's power to transfer the case to the Northern District of California under 28 U.S.C. § 1404 or another authority, (2) the Court's power to dismiss the case under the duplicative-litigation doctrine, and (3) <u>assuming</u> that either transfer or dismissal is warranted in this case due to the pendency of litigation in the Northern District of California (which the Court intimates no view about), which course of action is suggested and why.

     SO ORDERED.

Dated: August 18, 2023
       New York, New York

                                                                            ARUN SUBRAMANIAN
                                                                    United States District Judge